FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAYSON TAHMALWASH, | No. 1:23-cv-03022-MKD |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | ECF No. 1 |
| GERALD LEWIS, GEORGE MENINICK, SR., CHARLENE TILLEQUOTS, CHRISTOPHER WALLAHEE, TERRY HEEMSAH, SR., JEREMY TAKALA, RUTH JIM, DELAND OLNEY, TERRY GOUDY-RAMBLER, RONNA WASHINES, TED STRONG, ELISSA BUCK, TAMARA SALUSKIN, JENNIFER MANUEL, and CHERI ROOT. | |
| Defendants. | |

By Order entered May 31, 2023, the Court advised Plaintiff, who is proceeding in this case *pro se,* of the deficiencies of his Complaint and directed him to amend or voluntarily dismiss the Complaint within 60 days. ECF No. 14. Plaintiff did not comply with that Order and has filed nothing further in this action.

ORDER DISMISSING ACTION- 1

Plaintiff filed this *pro se* Complaint on February 15, 2023.  ECF No. 1. The allegations arise out of a child custody case in the Yakama Tribal Court.  *Id.* Plaintiff alleges Defendants have violated his Fifth and Fourteenth Amendment rights and equal protection of his rights under the Indian Child Welfare Act.  *Id.* at 6.  On March 29, 2023, Defendants filed a Motion to Dismiss.  ECF No. 5.  This Court granted Defendants' Motion to Dismiss and granted Plaintiff leave to amend or voluntarily dismiss his Complaint.  ECF No. 14.  Plaintiff has not filed an amended complaint.

As discussed in the prior Order, the Court does not have jurisdiction over Plaintiff's claims for monetary damages, and Plaintiff has not set forth an explanation as to how this Court has jurisdiction over any of the issues related to his child custody claims.  Plaintiff also has not presented facts that demonstrate he can overcome Defendants' sovereign immunity, nor how he can overcome judicial immunity for the three judicial defendants.

Additionally, Plaintiff has failed to state a claim upon which relief may be granted.  Plaintiff's bare assertions of constitutional rights violations do not set forth factual explanations to support his claims.  Plaintiff does not explain how each Defendant deprived Plaintiff of a constitutional right.  Although granted the opportunity to amend or voluntarily dismiss, Plaintiff has filed nothing further in this action.  The Court cautioned Plaintiff that if he failed to amend within 60 days

ORDER DISMISSING ACTION- 2

as directed, the Court would dismiss the Complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2).

For the reasons set forth above, and in the Order Granting Defendants' Motion to Dismiss, Denying Plaintiff's Motion to Strike, and Granting Leave to Amend or Voluntarily Dismiss Complaint, ECF No. 14, this action is dismissed with prejudice for failure to state a claim against Defendants upon which relief may be granted.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED** with prejudice.
2. Plaintiff shall provide notice of the dismissal to any and all Defendants he served with a copy of the Complaint and Summons.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order, enter judgment, provide copies to counsel and *pro se* Plaintiff, and **CLOSE** the file.

DATED August 24, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
