AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 24, 2023**

SEAN F. McAVOY, CLERK

JAYSON TAHMALWASH,

*Plaintiff*
v.
GERALD LEWIS, GEORGE MENINICK, SR., CHARLENE TILLEQUOTS, CHRISTOPHER WALLAHEE, TERRY HEEMSAH, SR., JEREMY TAKALA, RUTH JIM, DELAND OLNEY, TERRY GOUDY-RAMBLER, RONNA WASHINES, TED STRONG, ELISSA BUCK, TAMARA SALUSKIN, JENNIFER MANUEL, and CHERI ROOT,

*Defendants*

Civil Action No. 1:23-cv-03022-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice for failure to state a claim against Defendants upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke

Date: 8/24/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams